STATE OF CONNECTICUT *v.* ANITA WHEELER
(2999)

HULL, BORDEN and DALY, Js.

Argued December 10—decision released December 31, 1985

*Anita Wheeler,* pro se, the appellant (defendant).

*John J. Nazzaro,* special assistant state's attorney, with whom, on the brief, were *Andrew Wittstein* and *Carl Schuman,* assistant state's attorneys, and *Joseph Burns,* for the appellee (state).

PER CURIAM. There is no error.